Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellant.

Will Steel, of Texarkana, Ark., and Searcy & Searcy, of Lewisville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. R. H. HANSON.**

No. 11886.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

. Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellant.

Will Steel, of Texarkana, Ark., and Searcy & Searcy, of Lewisville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**UNITED STATES of America, Appellant, v. R. H. HANSON.**

No. 1187.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

Clinton R. Barry, U. S. Atty., and John E. Harris, Asst. U. S. Atty., both of Fort Smith, Ark., for appellant.

Will Steel, of Texarkana, Ark., and Searcy & Searcy, of Lewisville, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**UNITED STATES of America v. Roy Mc-MASTER, Receiver of Valley Dairy Co., Inc., Debtor.**

No. 9762.

Circuit Court of Appeals, Ninth Circuit.

Feb. 26, 1941.

Wm. Fleet Palmer, U. S. Atty., and E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellant.

Walter G. Danielson, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court in this cause issued forthwith.

**UNITED STATES of America, Appellant, v. Arthur L. WILLIAMS.**

No. 11949.

Circuit Court of Appeals, Eighth Circuit.

Feb. 25, 1941.

Sam Rorex, U. S. Atty., and J. E. Lightle, Jr., Asst. U. S. Atty., both of Little Rock, Ark., and Charles L. Chalender, of Kansas City, Mo., Atty., Department of Justice, for appellant.

E. B. Dillon and John L. Sullivan, both of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without costs in favor of either of parties in this Court, on motion of appellant and stipulation of parties.